

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-24-00145-CR

_____

LESLEY PAUL GRIFFIN III, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 5th District Court
Cass County, Texas
Trial Court No. 2021F00120

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Chief Justice Stevens

# MEMORANDUM OPINION

On February 4, 2022, Appellant, Lesley Paul Griffin III, pled guilty to evading arrest with a motor vehicle. *See* TEX. PENAL CODE ANN. § 38.04(b)(2)(A) (Supp.). He received deferred adjudication and was placed on community supervision for ten years. On July 17, 2024, the State filed an amended motion to revoke, alleging Griffin violated various terms of his community supervision. After a hearing on the motion, the trial court revoked Griffin's community supervision, adjudicated his guilt, and sentenced him to ten years' incarceration. Via a single, consolidated brief, Griffin appeals the trial court's revocation, arguing that "[a] sentencing court cannot properly revoke a defendant's community supervision for failure to pay a fine and make restitution, absent evidence and findings that he was somehow responsible."[1]

We addressed Griffin's argument in detail in our opinion addressing his appeal in cause number 06-24-00144-CR, and we apply the same legal standard and analysis here as we did in the companion case. Because Griffin failed to challenge all findings in support of the trial courts' revocation, we overrule his sole issue on appeal.

We affirm the trial court's judgment.

Scott Stevens
Chief Justice

Date Submitted: May 21, 2025
Date Decided: May 22, 2025

Do Not Publish

---

[1]In companion cause number 06-24-00144-CR, Griffin appeals from the trial court's revocation of community supervision and adjudication of guilt for criminal mischief of $2,500.00 or more but less than $30,000.00. In companion cause number 06-24-00146-CR, Griffin also appeals from the trial court's revocation of community supervision and adjudication of guilt for possession of a prohibited substance in a correctional facility.